# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CARLTON STRICKLAND, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:13CV1819 JCH |
| | ) |
| JENNIFER SACHSE, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition is defective for the following reasons:

First, the petition is unsigned. "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention." Fed. R. Civ. P. 11. Additionally, Rule 2(c)(5) of the Rules Governing § 2254 Cases requires that all habeas petitions be signed under penalty of perjury.

Second, petitioner attempts to challenge two separate state court judgments. Rule 2(e) requires separate petitions for each judgment challenged.

For these reasons, the Court will send petitioner a blank § 2254 form on which petitioner must file an amended petition that complies with these Rules. That is, it must be signed under penalty of perjury, and it must challenge only one state court

judgment. If petitioner fails to comply with this Order, the Court will dismiss this action.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 form.

**IT IS FURTHER ORDERED** that petitioner shall complete the form and return it to the Court within twenty-eight (28) days from the date of this Order.

**IT IS FURTHER ORDERED** that if petitioner fails to comply with this Order, this action will be dismissed.

Dated this 18th day of September, 2013.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE